'08 CIV 6594

Christopher B. Turcotte, Esq. (CT-0867)
THE LAW OFFICE OF CHRISTOPHER B. TURCOTTE, P.C.
575 Madison Avenue, 10th Floor
New York, New York 10022
*Attorneys for Plaintiff*

RECEIVED JUL 24 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERTH DIAMONDS, INC. and
SHAH DIAMONDS, INC.,

        Plaintiffs,

    -against-

TPC, L.L.C., also doing business as
TOMMY PARKER COMPANY,
TOMMY PARKER DIAMOND
IMPORT and CHOICE DIAMONDS,
THOMAS O. PARKER and WILEY MORGAN,

        Defendants.

Case No.

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Erth Diamonds, Inc. and Shah Diamonds, Inc., through their undersigned counsel, hereby certify that: (i) neither plaintiff has a parent company, and (ii) neither plaintiff is a publicly held corporation, nor does any publicly held corporation own 10% or more of either plaintiff's stock.

Dated: New York, New York
       July 24, 2008

                      THE LAW OFFICE OF CHRISTOPHER
                      B. TURCOTTE, P.C.

                      By: /s/ Christopher B. Turcotte
                      Christopher B. Turcotte (CT-0867)
                      575 Madison Avenue, Suite 1006
                      New York, New York 10022
                      (212) 937-8499
                      *Attorneys for Plaintiffs*