UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERTH DIAMONDS, INC. and
SHAH DIAMONDS, INC.,

          Plaintiffs,

    -against-

TPC, L.L.C., also doing business as
TOMMY PARKER COMPANY,
TOMMY PARKER DIAMOND
IMPORT and CHOICE DIAMONDS,
THOMAS O. PARKER and WILEY MORGAN,

          Defendants.

Case No. 08 Civ. 6594 (LBS)

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA    )
                             ) ss.:
COUNTY OF OUACHITA  )

Carolyn Bearden McDonald, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action. I am authorized to serve process under Louisiana law.

2. On the 1st day of August 2008, I served a true copy of (i) a Summons and Verified Complaint, (ii) Rule 7.1 Statement, (iii) Civil Cover Sheet, and (iv) the Individual Rules of Judges Sand and Katz, upon TPC, L.L.C., by giving in hand to Wiley Morgan, officer of TPC, L.L.C. and a person authorized to accept service, at the address of 175 Richland Place, Monroe, Louisiana 71203.

                                                          *Carolyn Bearden McDonald*
                                                          Carolyn Bearden McDonald

Sworn to before me this
11th day of August, 2008

*Wanda W. Hammett*
Notary Public #15062